IN THEUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES

  Vs.                                   12 CR 326

                                        JUDGE LEFKOW

ABDEL AZIM EL-SIDDIG (ELSIDDIG)

### ORDER

Being fully advise, and taking into account the Probation Department's non-opposition, this Court hereby grants Mr. Abdel Azim El-Siddig ( Elsiddig) request to travel to, Saudi Arabia, from December 1, 2013 to January 30, 2014

Dated:  November 19, 2013

                                             The Honorable Joan H. Lekow

                                             U.S. District Judge

So Ordered